**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | | | | |
|---|---|---|---|---|
| IN RE: | HERMAN DUNSMORE MAWYER III | * | CHAPTER | 13 |
| | CARLESTIA DOLAN MAWYER | * | CASE NO. | 12-60500 |
| | | * | | |
| | Debtor(s) | * | | |
| _____ | / | | | |

**MOTION FOR MODIFIED PLAN**

Comes now the Debtor(s) by Counsel, and move the Court for the entry of an order for a Modified Plan under the Chapter 13 Plan that was confirmed on 6/21/2012 and in support thereof states unto the court the following reasons:

To reduce payments due to loss of income and increase in expenses (mortgage from $215.00 to $548.00), all while still paying allowed claims 100%.

The unsecured creditors are advised that this modified plan will decrease the amount paid on their allowed claims. The original proposed plan noticed to all creditors stated that 100% of all allowed general unsecured claims would be paid.   Based on claims as filed, the confirmed plan would have paid 100% of the allowed claims of the general unsecured creditors.   This proposed modified plan will pay 100% of all the allowed claims of the general unsecured creditors.

The Trustee has received $32,780.00 through the date of the plan, and the Debtor(s) will pay $250.00 per month beginning 4/30/2013 for a period of 50 months in addition to the funds received by the Trustee.

Dated:  3/26/2013

Respectfully Submitted:

/s/ David Cox

_____
Debtor(s) Attorney

Cox Law Group,
David Cox
David E. Wright
Janice R. Hansen
Heidi B. Shafer
Counsel for Debtor(s)
900 Lakeside Drive
Lynchburg, VA 24501